**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| DANIEL MAISANO & PATRICIA MAISANO | : | No. 160 MAL 2019 |
| | : | |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Superior Court |
| | : | |
| | : | |
| MARSHA AVERY, HAMLET VILLAS, LLC | : | |
| | : | |
| | : | |
| PETITION OF: MARSHA AVERY | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.